Alfred R. Page, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of FRANK D'AMORE for an Order Directing JOHN B. COPPOLA, an Attorney, to Pay over Certain Sums of Money.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be removed from the file for the purpose of correction and move at Special Term to dispense with printing such parts of the papers recited in the order as he desires to omit, and procure the corrected record to be refiled and the appeal argued or submitted on or before the 13th day of June, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

USER S. ASKENAS and ABRAHAM ASKENAS, Copartners, etc., v. HARRIS & REICHARD FUR DYERS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before the 8th day of May, 1930, with notice of argument for the 15th day of May, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MERCANTILE PAPER PRODUCTS CO., INC., v. 1491 THIRD AVENUE REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure the appellants' points to be filed on or before the 28th day of May, 1930, with notice of argument for June 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM SCHNEIDER v. BENJAMIN SCHRIFT.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before the 7th day of May, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of FRANK D'AMORE for an Order Directing JOHN B. COPPOLA, an Attorney, to Pay over Certain Sums of Money.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be removed from the file for the purpose of correction and move at Special Term to dispense with printing such parts of the papers recited in the order as he desires to omit, and procure the corrected record to be refiled and the appeal argued or submitted on or before the 13th day of June, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER J. CHECHILA v. PLATON ROZDESTVENSKY, Impleaded with VASILY GOLINSKY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE A. SPIROU v. AMERICAN NATIONAL FIRE INSURANCE COMPANY, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of EDWARD MANN and Others v. WILLIAM E. WALSH and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BENARDI and Others.— Motion granted so far as to extend the time of the appellants in which to file the record on appeal and the appellants' points herein to and including the 24th day of May, 1930, with notice of argument for the 10th day of June, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL URETSKY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.